# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **MARY V. PAGLIO,** ) | Chapter 13 No. 15-40387-MSH |
| **Debtor** ) | |
| ) | |
| **MARY V. PAGLIO,** ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Adv. Pro. No. 15-04041 |
| ) | |
| **SETERUS, INC.,** ) | |
| **Defendant** ) | |

## STIPULATION OF DISMISSAL

The parties hereby agree and stipulate that the above-captioned adversary proceeding shall be dismissed with prejudice, without fees or costs awarded to either party, both parties waiving rights of appeal.

SETERUS, INC. by:

/s/Brady J. Hermann
MAURICE WUTSCHER LLP
101 Federal St. Suite 1900
Boston MA 02110
617-861-6067
bhermann@mauricewutscher.com

MARY V. PAGLIO, by:

/s/ Kenneth D. Quat
Kenneth D. Quat, Esq.
QUAT LAW OFFICES
929 Worcester Road
Framingham, MA 01701
(508) 872-1261
ken@quatlaw.com

2

## Certificate of Service

      I, Kenneth D. Quat, Esquire, hereby certify that on March 1, 2016, I caused copies of the foregoing to be served by electronic mail via the Court's CM/ECF system on all registered participants and by first class mail, postage prepaid, on all non-registered parties and/or counsel entitled to notice.

      */s/Kenneth D. Quat*